**No. 09-8714. Tomas D. Cuesta, Sr., Petitioner v. Wisconsin.**

559 U.S. 1001, 130 S. Ct. 1902, 176 L. Ed. 2d 358, 2010 U.S. LEXIS 2364.

March 22, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Court of Appeals of Wisconsin dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam). Justice Stevens dissents. See id., at 4, 113 S. Ct. 397, 121 L. Ed. 2d 305, and cases cited therein.

Same case below, 322 Wis. 2d 123, 779 N.W.2d 177.

**No. 09-8815. Gregory Lawrence Moore, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division, et al.**

559 U.S. 1001, 130 S. Ct. 1906, 176 L. Ed. 2d 358, 2010 U.S. LEXIS 2479.

March 22, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit dismissed. See Rule 39.8.

Same case below, 351 Fed. Appx. 975.

**No. 09-9067. Israel Santiago-Lugo, Petitioner v. United States.**

559 U.S. 1002, 130 S. Ct. 1921, 176 L. Ed. 2d 358, 2010 U.S. LEXIS 2365.

March 22, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the First Circuit dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam). Justice Stevens dissents. See id., at 4, 113 S. Ct. 397, 121 L. Ed. 2d 305, and cases cited therein.

**No. 09M74. Thomas Yarcheski, et ux., Petitioners v. Town of Naples, Maine.**

559 U.S. 1002, 130 S. Ct. 1932, 176 L. Ed. 2d 358, 2010 U.S. LEXIS 2594.

March 22, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time under Rule 14.5 denied.

**No. 09M75. Ernest Miller, Petitioner v. California.**

559 U.S. 1002, 130 S. Ct. 1933, 176 L. Ed. 2d 358, 2010 U.S. LEXIS 2623.

March 22, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 09M76. Ernest Miller, Petitioner v. California.**

559 U.S. 1002, 130 S. Ct. 1933, 176 L. Ed. 2d 358, 2010 U.S. LEXIS 2634.

March 22, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.